IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3069 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| EDWARD LAFAYETTE McCLOUD, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion to extend self-surrender date (filing 51) is granted, as follows: Defendant shall self-surrender on or after September 22, 2006, as directed by the Bureau of Prisons.

The clerk of the court shall mail a copy of this order to Defendant at the address shown in filing 51 and shall also deliver a copy to the United States Marshal.

DATED this 14th day of August, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge