IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:05CR3069 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| EDWARD LAFAYETTE MCCLOUD, | ) | |
| Defendant. | ) | |

I am in receipt of a letter from Edward McCloud. I will treat it as a motion to compel the government to file a Rule 35 motion and appoint counsel.

IT IS ORDERED that:

(1) The Clerk of the Court shall file the attached document and treat it as a motion to compel the government to file a Rule 35 motion.

(2) Clarence E. Mock, III is reappointed to represent Mr. McCloud with regard to this motion.

(3) The Clerk of the Court shall notify Mr. Mock by sending him a copy of this order and the defendant's motion. The Clerk of the Court shall send the defendant a copy of this order as well.

(4) Mr. Mock shall file an amended motion or take such other action as may be appropriate by March 1, 2007.

(5) My chambers shall call this case to my attention on March 2, 2007.

January 30, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge