IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3069 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| EDWARD LAFAYETTE MCCLOUD, | ) | |
| | ) | |
| Defendant. | ) | |

    I conducted a status conference today with counsel. Mr. Mock advised that he had contacted the U.S. Attorney's office regarding this matter. Mr. Russell indicated that the U.S. Attorney's office was investigating the question of whether it should file a Rule 35 motion, but requested additional time. Therefore, and with the agreement of the lawyers,

    IT IS ORDERED that counsel and the undersigned will hold a conference call on Tuesday, April 10, 2007, at 1:00 p.m. to discuss the status of this matter. My chambers will initiate the call. The Clerk of the Court is directed to mail a copy of this memorandum and order to Mr. McCloud at his last known address, which is #20080-047, FCI Unit D, P. O. Box 1731, Waseca, Minnesota 56093.

March 6, 2007.          BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge