AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3069 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 20080-047 |
| | ) | |
| EDWARD LAFAYETTE MCCLOUD | ) | DAVID R. STICKMAN, FPD |
| Defendant. | ) | Defendant's Attorney |
| Dates of previous judgments: 6/14/2006 & 5/11/2007 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 35 months is reduced to 28 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:    25            Amended Offense Level:    23
Criminal History Category: III           Criminal History Category: III
Previous Guideline Range:  70  to  87  months    Amended Guideline Range:  60  to  71  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

✓ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Filing 68 is granted as provided herein.

Except as provided above, all provisions of the judgments dated June 14, 2006 and May 11, 2007 shall remain in effect.

**IT IS SO ORDERED.**

Dated this 1st day of April, 2008
Effective Date: Tuesday, April 15, 2008

BY THE COURT:
*S/Richard G. Kopf*
United States District Judge